IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

       Plaintiffs,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION, and
TFH PUBLICATIONS, INC.

       Defendants,

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **May 23, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or

WordPerfect format shall be submitted via e-mail to **Matsch_Chambers@cod.uscourts.gov.** by **May 18, 2006.**

Dated: April 5, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge