IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.       02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

      Plaintiffs,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION, and
TFH PUBLICATIONS, INC.

      Defendants,

---

ORDER VACATING STAY

---

On May 19, 2003, this civil action was stayed pending determination of a patent interference that TFH Publications, Inc. had requested in patent application 09/914,047, pending before the United States Patent and Trademark Office.  On March 29, 2006, the plaintiffs moved to dissolve the stay, stating that the Board of Patent Appeals and Interferences has not yet issued the notice of declaration necessary to declare an interference.

Upon consideration of the plaintiffs' response to this court's show cause order of March 21, 2006, and their motion to dissolve stay, it is

ORDERED that the stay order entered on May 19, 2003 is vacated.

Dated: April 5th , 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  Richard P. Matsch, Senior District Judge