IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

        Plaintiff,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION and
TFH PUBLICATIONS, INC.,

        Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Defendants' Motion to Vacate November 1, 2006 Hearing (Doc. #38) is denied.

Dated: October 27, 2006