**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                  November 1, 2006
Courtroom Deputy:   J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 02-cv-02394-RPM

SCOTT PIVONKA, and                                              Ramon L. Pizarro
JOHN TOTTLEBEN,                                                 Doddridge Shelby

        Plaintiffs,

v.

CENTRAL GARDEN & PET COMPANY,                                  Russell S. Burnside
NYLABONE CORPORATION, and                                      Daniel E. Evans
TFH PUBLICATIONS, INC.

        Defendants.

_____

**COURTROOM MINUTES**
_____

**Motion Hearing**

**4:37 p.m.        Court in session.**

(Plaintiff Scott Pivonka present).

Court's preliminary remarks.

4:39 p.m.        Argument by Mr. Burnside.

4:41 p.m.        Argument by Mr. Pizarro.

4:50 p.m.        Rebuttal argument by Mr. Burnside.

**ORDERED:   Defendants' Motion to Stay, filed October 30, 2006 [40], is denied.**

**ORDERED:   Defendants' Opposed Motion for 45-Day Extension Of Time To Complete**
**            Fact Discovery, filed October 10, 2006 [30], is granted for the limited**
**            purpose to take the depositions of the two plaintiffs and Mr. Pizzaro only.**
**            Defendants' have until December 18, 2006  (45 days) to complete**
**            depositions.**

**5:02 p.m.        Court in recess.**  Hearing concluded.  Total time: 25 min.