IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

        Plaintiff,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION and
TFH PUBLICATIONS, INC.,

        Defendants.

_____

ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS
_____

On November 28, 2006, the defendants filed a motion to compel the production of

documents consisting of the plaintiffs' filings with the USPTO during the prosecution of the

plaintiffs' patents in suit.  The defendants on December 1, 2006, requested an expedited ruling

on that motion because the documents are necessary for depositions of the plaintiffs noted for

December 11 and 12, 2006, and of Attorney Pizzaro for December 13, 2006.  This Court on

November 1, 2006,  denied the defendants' motion for a stay to enable this long delayed civil

action to proceed.  The Court also extended discovery to permit the depositions that are

scheduled and it is apparent that the requested documents are necessary for those

depositions and that those documents are not readily available from the patent office.  It is

therefore

ORDERED that the motion to compel (Doc. #46) is granted.

DATED: December 5th , 2006.

                        BY THE COURT:
                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge