IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

        Plaintiff,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION and
TFH PUBLICATIONS, INC.,

        Defendants.
_____

ORDER DENYING MOTION FOR PROTECTIVE ORDER
_____

On November 14, 2006, the plaintiffs filed a motion for a protective order to prohibit the deposition of Ramon L. Pizarro, one of the attorneys for the plaintiffs in this civil action. The defendants filed their opposition to the motion on November 21, 2006, and the plaintiffs filed their reply on December 1, 2006.

The defendants have demonstrated the need for taking the testimony of Mr. Pizarro to inquire concerning his actions in connection with the filings with the patent office as well as his actions concerning the accused products of the defendants.  It is therefore

ORDERED that the motion for protective order (Doc. #44) is denied.

DATED: December 5th , 2006.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge