IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

        Plaintiff,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION and
TFH PUBLICATIONS, INC.,

        Defendants.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

On December 6, 2006, the plaintiffs filed a request for reconsideration of this Court's order of December 5, 2006, denying the plaintiffs' motion for protective order concerning the deposition of Ramon Pizarro, one of plaintiffs' counsel.  The defendants filed their response on December 8, 2006, to which the plaintiffs replied on the same date. It is

ORDERED that the plaintiffs' request for reconsideration is denied.

DATED: December 11, 2006.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge