IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

        Plaintiff,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION and
TFH PUBLICATIONS, INC.,

        Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

      Defendants' Motion for Leave to File a Supplemental Submission in Support of Their Pending Motion for Summary Judgment (Doc. #74), filed on September 20, 2007, is granted and the supplemental submission attached thereto is deemed filed.

Dated: September 24, 2007