IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-02394-RPM

SCOTT PIVONKA and
JOHN TOTTLEBEN,

       Plaintiff,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION and
TFH PUBLICATIONS, INC.,

       Defendants.

_____

ORDER GRANTING TFH'S MOTION FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION OF ITS MOTION FOR SUMMARY JUDGMENT
_____

    Upon consideration of TFH's Motion for Leave to File a Motion for Reconsideration of Its Motion for Summary Judgment [82], filed on March 27, 2008, it is

    ORDERED that the motion is granted and TFH's Motion for Reconsideration of Its Motion for Summary Judgment or, Alternatively, Motion to Stay the matter Pending Re-examination of Plaintiffs' '638 Patent attached thereto is filed.

    DATED: April 8th, 2008.

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____

                                 Richard P. Matsch, Senior District Judge